STATE v. BROWN

No. 55.

Case below: 20 N.C. App. 413.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 March 1974.

STATE v. CARSON

No. 134 PC.

Case below: 20 N.C. App. 211.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. CARTER

No. 16 PC.

Case below: 20 N.C. App. 461.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. CLARK

No. 146 PC.

Case below: 20 N.C. App. 197.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974. Motion of Attorney General to dismiss appeal allowed 5 March 1974.

STATE v. COCKMAN AND LUCAS

No. 10 PC.

Case below: 20 N.C. App. 409.

Petition by defendant Lucas for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.